OPINION — AG — THE UNIVERSITY OF OKLAHOMA MEDICAL CENTER MUST DEPOSIT WITH THE STATE TREASURER "ALL MONEYS OF EVERY KIND RECEIVED OR COLLECTED BY VIRTUE OR UNDER COLOR OF OFFICE". OUR CONCLUSION HEREIN MAKES IT UNNECESSARY TO DETERMINE THE APPLICABILITY OF 62 O.S. 1961 511 [62-511], IN THE CIRCUMSTANCES OUTLINED BY YOUR LETTER. CITE: 62 O.S. 1961 7.1 [62-7.1] (JAMES FUSON)